BEFORE THE SECOND DIVISION, MARCH 22, 1965

**No. 69155.**—Sipanam, Inc., et al. *v.* United States, protests 320999–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casing, advanced beyond hammering, rolling, or casting, similar in all material respects to that the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C.D. 1577), the claim of the plaintiffs was sustained.